

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47 addressed to "SHAUN EMICK, 1406 WILD OATS DR, COLUMBUS, OH 43204-5032." | Case No. 2:21-mj-583 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47 addressed to "SHAUN EMICK, 1406 WILD OATS DR, COLUMBUS, OH 43204-5032."
located in the  Southern  District of  Ohio, Eastern Division , there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector MOHAMED A. SABRAH

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mohamed A. Sabrah, US POSTAL INSPECTOR
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means)*

Date:  September 3, 2021

Kimberly A. Jolson
United States Magistrate Judge

City and state:  Columbus, OH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

S.L
9/3/21

IN THE MATTER OF THE SEARCH OF:

USPS Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47 addressed to "SHAUN EMICK, 1406 WILD OATS DR, COLUMBUS, OH 43204-5032."

Case No. 2:21-mj-583

MAGISTRATE JUDGE
KIMBERLY A. JOLSON

**Affidavit in Support of Application for Search Warrant**

I, MOHAMED A. SABRAH, DO HEREBY DEPOSE AND SAY:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service (USPIS) since February, 2016, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement units. I have received an additional 40 hour Prohibited Mailings training by the U.S. Postal Inspection Service.

2. I know from my training and experience, and the training and experience of other Postal Inspectors, I am aware the U.S. Mail is often used by drug traffickers to transport controlled substances as well as U.S. currency derived from their illicit activities, either as proceeds and/or payment. I know from my training and experience the Priority Mail system is commonly used to transport controlled substances and associated currency because Priority Mail provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On or about September 2, 2021, law enforcement identified U.S. Postal Service Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47 (SUBJECT PARCEL), which was believed to contain narcotics, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (illegal use of mail in furtherance of narcotics trafficking). Inspectors identified this as a suspected drug parcel based on the information above and several other characteristics, including but not limited to type of mail, origin, destination, label, postage, and size.

5. On September 3, 2021, Postal Inspectors took custody of U.S. Postal Service Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47, addressed to "SHAUN EMICK, 1406 WILD OATS DR, COLUMBUS OH 43204-5032", with a return address of "RUSTICA BOUTIQUE, 8348 LA MESA BLVD, SAN DIEGO CA 91942". The subject parcel is currently being held at the U.S. Postal Inspection Service, Columbus Domicile, in Columbus, OH.

6. The subject parcel is further described as a white, red, and blue, U.S. Postal Service Priority Mail small flat rate box, measuring 8 x 5 x 1, and weighing 6 ozs. The subject parcel was mailed on September 1, 2021, from the San Diego, CA area with electronic postage affixed.

7. Your affiant ran both the return and recipient addresses in CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information.

8. According to CLEAR, the return address 8348 LA MESA BLVD, SAN DIEGO CA 91942, does exist and Rustica Boutique is the associated business.

9. According to CLEAR, the recipient address 1406 WILD OATS DR, COLUMBUS OH 43204-5032, does exist, and Emick can be associated as an occupant.

10. Your affiant knows that in the past, drug traffickers have used legitimate addresses belonging to others for the sender/return address, in an attempt to legitimize and distance themselves from the shipment in the event that the parcel is seized by law enforcement officers. Your affiant also knows that online drug traffickers sometimes require their buyers to provide their real names and addresses, in order to prevent packages from being mis-sent, returned, delayed or raise law enforcement suspicion. Additionally, California is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

11. I know from my training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, for which narcotic-sniffing canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

12. On September 3, 2021, Postal Inspectors contacted Sergeant Steve Redding, Columbus Police Department, who is the handler for "Rocco", a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of cocaine, "crack", heroin, methamphetamine, and their derivatives. K-9 "Rocco" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Rocco" has successfully detected narcotics, demonstrating clear, positive, aggressive alerts, and establishing himself as a highly reliable police dog.

13. The subject parcel was hidden among other packages, and "Rocco" was allowed to search the entire area. Sgt. Redding concluded that K-9 "Rocco" did alert positively to U. S. Postal Service Mail parcel bearing label number 9405 5368 9523 2317 0292 47. Based on that alert, Sgt. Redding concluded that the odor of one of the drugs that K-9 "Rocco" is trained and certified to detect was present.

3

14. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Priority Mail parcel bearing tracking number . 9405 5368 9523 2317 0292 47, addressed to "RUSTICA BOUTIQUE, 8348 LA MESA BLVD, SAN DIEGO CA 91942", contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

_____
Mohamed Sabrah
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 3rd day of September, 2021 at Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge