AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
USPS Priority Mail parcel bearing label no. 9405 5368 ) Case No. 2:21-mj-583
9523 2317 0292 47 addressed to "SHAUN EMICK, )
1406 WILD OATS DR, COLUMBUS, OH 43204-5032." )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Souther  District of  Ohio, Eastern Division
*(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail parcel bearing label no. 9405 5368 9523 2317 0292 47 addressed to "SHAUN EMICK, 1406 WILD OATS DR, COLUMBUS, OH 43204-5032."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

**YOU ARE COMMANDED** to execute this warrant on or before  Sept. 17, 2021  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   SD OF OHIO CLERK OF COURTS  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: September 3, 2021  2:50 PM   *Kimberly A. Jolson* (signature)
                                                    Kimberly A. Jolson
City and state: Columbus, OH                        United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:21-mj-583 | Date and time warrant executed: 09/03/21-14:56 | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of : | M. Massaro, U.S Postal Inspector | |

Inventory of the property taken and name(s) of any person(s) seized:

About 28 grams of pink pills that field tested positive for MDMA.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/09/2021

*Executing officer's signature*

Mohamed A. Sabrah, US POSTAL INSPECTOR
*Printed name and title*